# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

SARA D. MORELL,

    Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

    Defendant

No. CV 04-6357-HU

ORDER

MOSMAN, J.,

On September 12, 2005, Magistrate Judge Hubel issued a Findings and Recommendation in this case recommending the Commissioner's decision denying plaintiff's application for disability benefits be AFFIRMED. No objections were filed. This court has conducted a *de novo* review, 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b), and ADOPTS the Findings and Recommendation as its own opinion.

IT IS SO ORDERED.

DATED: Portland, Oregon, November 9, 2005.

MICHAEL W. MOSMAN
United States District Judge